**FILED**
JUN 22 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANLEY SEEKFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID BUCKLEY, ) <br> ) <br> Defendant. ) <br> ) | Case: 1:15-cv-00962 <br> Assigned To : Unassigned <br> Assign. Date : 6/22/2015 <br> Description: Pro Se Gen. Civil ( F Deck) |

### MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court will grant the application and dismiss the complaint.

Plaintiff is "seeking criminal charges" against the defendants "for violations of federal codes (18 US code 1512(a)(b)(c)(d)." Compl. at 1. There is no private right of action under 18 U.S.C. § 1512, however. *See, e.g., Peavey v. Holder*, 657 F. Supp. 2d 180, 190-91 (D.D.C. 2009), *aff'd*, No. 09–5389, 2010 WL 3155823 (D.C. Cir. Aug. 9, 2010) (per curiam). The complaint fails to state a claim upon which relief can be granted, and therefore it will be dismissed. An Order accompanies this Memorandum Opinion.

DATE: 6/18/15

_____
United States District Judge



3